**Electronically Filed
Supreme Court
SCWC-24-0000323
10-JUN-2026
08:35 AM
Dkt. 24 OGAC**

SCWC-24-0000323

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NONHUMAN RIGHTS PROJECT, INC.,
on behalf of Mari and Vaigai,
Petitioner/Petitioner-Appellant,

vs.

CITY AND COUNTY OF HONOLULU,
DEPARTMENT OF ENTERPRISE SERVICES and its DIRECTOR,
DITA HOLIFIELD, and the HONOLULU ZOO DIRECTOR, LINDA SANTOS,
Respondents/Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000323; CASE NO. 1CCV-23-0001418)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins and Ginoza, JJ.,
and Circuit Judge Ashford, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on April 24, 2026, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 10, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James H. Ashford

